UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE O'DELL and CHARLES O'DELL, <br><br> Plaintiffs, <br><br> v. <br><br> ARAMARK CAMPUS LLC and YOSEMITE HOSPITALITY LLC, <br><br> Defendants. | No. 1:18-cv-001079-SKO <br><br> **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE** <br><br> (Doc. 19) |

On July 31, 2019, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 19.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 31, 2019**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE